IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY T. LINARES | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-256 |
| TDCJ GUARD LANGLEY | § | |

**MEMORANDUM OPINION REGARDING VENUE**

Plaintiff, Larry T. Linares, an inmate currently incarcerated at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant TDCJ Guard Langley.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Venue in a civil rights action is determined pursuant to 28 U.S.C. § 1391(b).  When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where all the defendants reside or in which a substantial part of the events or omissions giving rise to the claim occurred.  Venue in this case is not proper in the Eastern District of Texas.

Plaintiff's complaint pertains to an incident that occurred during his confinement at the Byrd Unit in Huntsville, Texas.  The Byrd Unit is located in Walker County, Texas which lies within the jurisdiction of the Houston Division of the Southern District of Texas.  A district court has the

authority to transfer a case in the interest of justice to another district in which the action might have been brought.  *See* 28 U.S.C. §§ 1404, 1406.  Therefore, in the interest of justice, and for the convenience of the parties and witnesses, all claims against the Defendant should be transferred to the Houston Division of the Southern District of Texas.  An appropriate order so providing will be entered by the undersigned.

**SIGNED this the 24th day of June, 2026.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE